No. 460. WMCA, INC., ET AL. v. SIMON, SECRETARY OF STATE OF NEW YORK, ET AL. Appeal from the United States District Court for the Southern District of New York. Probable jurisdiction noted. *Leonard B. Sand* and *Max Gross* for appellants. *Louis J. Lefkowitz,* Attorney General of New York, *Irving Galt,* Assistant Solicitor General, and *Sheldon Raab,* Deputy Assistant Attorney General, for Simon et al.; *Leo A. Larkin* and *Benjamin Offner* for Screvane et al.; *Bertram Harnett* for Nickerson; and *Francis J. Morgan* for Berman, appellees.

No. 507. WESBERRY ET AL. v. SANDERS, GOVERNOR OF GEORGIA, ET AL. Appeal from the United States District Court for the Northern District of Georgia. Probable jurisdiction noted. *DeJongh Franklin* for appellants. *Eugene Cook,* Attorney General of Georgia, and *Paul Rodgers* and *Donald E. Payton,* Assistant Attorneys General, for appellees.

No. 508. REYNOLDS, JUDGE, ET AL. v. SIMS ET AL.;

No. 540. VANN ET AL. v. FRINK, SECRETARY OF STATE OF ALABAMA, ET AL.; and

No. 610. McCONNELL ET AL. v. FRINK, SECRETARY OF STATE OF ALABAMA, ET AL. Appeals from the United States District Court for the Middle District of Alabama. Probable jurisdiction noted. The cases are consolidated and a total of two hours is allowed for oral argument. *Thomas G. Gayle, Joseph E. Wilkinson, Jr.* and *McLean Pitts* for appellants in No. 508. *David J. Vann* and *Robert S. Vance,* appellants, *pro se,* in No. 540. *John W. McConnell, Jr.* for appellants in No. 610. *Charles Morgan, Jr., George Peach Taylor* and *Jerome A. Cooper* for appellees.